IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON DE EDWARDS, M.D., | No. C 06-07116 WHA |
| Plaintiff, | |
| v. | **ORDER SUBSTITUTING DEFENDANT** |
| INTERNAL REVENUE SERVICE, UNITED STATES GOVERNMENT DEPARTMENT OF THE TREASURY, KATHY JAKABCIN, Revenue Officer, and DOES 1 through 50, inclusive, | |
| Defendants. | |

Pursuant to the certification filed by government counsel pursuant to 28 U.S.C. 2679(d), the United States of America is hereby substituted as a party defendant in the above-titled action, and the action is dismissed against Kathy Jakabcin.

**IT IS SO ORDERED.**

Dated: March 8, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE