IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHARON DE EDWARDS, M.D.,

    Plaintiff,

v.

INTERNAL REVENUE SERVICE, UNITED STATES GOVERNMENT DEPARTMENT OF THE TREASURY, KATHY JAKABCIN, Revenue Officer, and DOES 1 through 50, inclusive,

    Defendants.

No. C 06-07116 WHA

**ORDER DISMISSING CASE**

By stipulation of all parties, this case is **DISMISSED WITHOUT PREJUDICE** to refiling (and repaying filing fees) on or before **JULY 13, 2007**. This date will not be extended. The Clerk shall **CLOSE** the file.

**IT IS SO ORDERED.**

Dated: March 15, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE